# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BURGESS,<br><br>          Plaintiff,<br><br>     v.<br><br>DENNIS MINENI,<br><br>          Defendant, | Case No. 1:15-cv-00487---SKO<br><br>**ORDER RESETTING THE HEARING ON THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT TO JULY 29, 2015** |
| DENNIS MINENI,<br><br>          Counter Claimant,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          Counter Defendant,<br>_____/ | |

   On April 28, 2015, Plaintiff John Burgess ("Burgess") and Defendant Dennis Mineni ("Mineni"), who are both proceeding pro se,[1] and with Patrick Jennings, Esq., on behalf of the

---

[1] On April 27, 2015, Burgess filed a document entitled "Judicial Notice and Objections" wherein he stated that any appearance he makes in this Court will be "In propria persona" and not "pro se." (Doc. 9.) The Court notes that "in propria persona is Latin for "in his own person" (Black's Law Dictionary (9th ed. 2009)), and it is sometimes

United States of America ("United States"), appeared telephonically for a case management conference. During the conference, all parties stated their desire to consent to the jurisdiction of a U.S. Magistrate Judge for all purposes in this matter, including trial. As Burgess and Mineni are proceeding pro se, they are to coordinate with Courtroom Deputy Alice Timken at (559) 499-5975 regarding submission and filing of their respective consent forms.

To allow sufficient time for the consent forms to be mailed to the Court and filed, the United States' Motion for Summary Judgment, currently set for May 20, 2015, is CONTINUED to July 29, 2015, at 9:30 a.m. in Courtroom 7, and the briefing on the motion is set as follows:

1. Any opposition by any party to the Motion for Summary Judgment shall be **filed** by no later than June 17, 2015;[2] and

2. Any reply brief by the United States shall be **filed** by no later than July 1, 2015.

All deadlines stated herein are for purposes of *filing*. To the extent the parties are mailing their briefs and documents to the Court to be filed, sufficient time must be permitted prior to the deadline so that any document mailed can be received and filed on or before the filing deadline.

The Scheduling Conference currently set for July 2, 2015, is VACATED and will be reset as appropriate upon consideration of the United States' Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   **April 28, 2015**                    /s/ Sheila K. Oberto
                                                              UNITED STATES MAGISTRATE JUDGE

---

shortened to "pro se" or "pro per." The Court makes no distinction among these terms, as all indicate a party who proceeding without representation of counsel.

[2] All deadlines stated herein are for purposes of filing. To the extent the parties are mailing their briefs and documents to the Court to be filed, sufficient time must be permitted prior to the deadline so that any document mailed can be received and filed on or before the filing deadline.

2